IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| KIMBERLY SIMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TECHNOLOGY SERVICE CORPORATION,<br><br>　　　　Defendant. | Case No.  8:14-cv-01968-DKC |

## DEFENDANT TECHNOLOGY SERVICE CORPORATION'S
## MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant Technology Service Corporation ("TSC"), through its undersigned counsel, submits this Motion for Protective Order. As described in greater detailed in TSC's Memorandum in Support, filed contemporaneously herewith, Plaintiff is presently attempting to conduct discovery outside of the limited discovery extension allowed by the Court on November 13, 2014.  For the reasons described in TSC's Memorandum in Support, TSC respectfully requests a Protective Order to prevent Plaintiff from engaging in this additional discovery.

Dated: December 10, 2014

Respectfully submitted,

VEDDER PRICE P.C.

By: /s/ Amy L. Bess
    Amy L. Bess
    abess@vedderprice.com
    Sadina Montani
    smontani@vedderprice.com
    Vedder Price P.C.
    1401 I Street NW
    Suite 1100
    Washington, D.C.  20005
    T:  +1 (202) 312-3320
    F:  +1 (202) 312-3322

*Counsel for Defendant*
*Technology Service Corporation*