**IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)**

|  |  |
|---|---|
| **KIMBERLY SIMPSON,** | * <br> * <br> * <br> * <br> * <br> * |
| Plaintiff, | * |
| v. | * **Case No.:  14-cv-01968-DKC** <br> * |
| **TECHNOLOGY SERVICE CORPORATION,** | * <br> * <br> * |
| Defendant. | * <br> * |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Plaintiff's Opposition to Defendant's Motion for

Summary Judgment and all attachments was served upon the following persons on the **12th**

day of **March**, **2015**, via email:

Amy Bess, Esq., and Sadina Montani, Esq.
1401 I Street NW
Suite 1100
Washington, DC  20005

/S/

_____            Date: __3/16/2015__

Kyle G. Ingram