# IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (GREENBELT DIVISION)

|  |  |
|---|---|
| **KIMBERLY SIMPSON**, | \* \* \* \* |
| Plaintiff, | \* \* \* |
| v. | \* **Case No.: 14-cv-01968-DKC** |
| **TECHNOLOGY SERVICE CORPORATION**, | \* \* \* \* |
| Defendant. | \* \* |

## MOTION TO SEAL PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, *NUNC PRO TUNC*

Pursuant to the confidentiality order in this case, ECF No. 30-1, granted by this court, ECF No. 31, Plaintiff hereby moves to seal her filing before this court, ECF No. 51, because it contains documents that have been marked as "confidential" and makes reference to such documents.  Plaintiff makes this motion without prejudice to her motion to unseal this same document, as per the Stipulated Protective Order in this case.

### I.   FACTS

1. This court entered a confidentiality order in this case.  ECF Nos. 30-1; 31.

2. Pursuant to this order, a court filing may be sealed by motion.  Ex. 30-1 at 6.

3. The Plaintiff's Opposition to the Defendant's Motion for Summary Judgment was filed under seal.  ECF No. 55.

4. Such a sealing motion is without prejudice to the Plaintiff's ability to file a motion to unseal documents not properly marked as "confidential."  (ECF No. 30-1 at 6.)

## II.     ARGUMENT

Because of the order requiring a motion to seal, and without prejudice, Plaintiff moves to seal the documents filed under seal pursuant to this Court's order.

## III.     CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this court enter an order sealing the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment and all attachments thereto  (ECF No. 51) without prejudice to the Plaintiff's ability to file a later motion to unseal.

Respectfully Submitted,

/S/
Kyle G. Ingram (Bar No. 18368)
The Goldsmith Law Firm, LLC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
kingram@goldsmithfirm.com
Tel: (202) 895-1506
Fax: (202) 318-0798
Attorney for Plaintiff